IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE J. DOBSON,

    Plaintiff,                                                          ORDER

v.

                                                            Case No.  14-cv-575-jdp

UNITED STATES OF AMERICA,

    Defendants.

---

Plaintiff Willie J. Dobson has filed a proposed civil complaint.  He has not paid the $400 filing fee nor has he asked for leave to proceed without prepayment of fees or costs.  In the event that plaintiff wishes to proceed without prepayment of the filing fee, he must complete the enclosed petition and affidavit to determine whether he qualifies as indigent.

ORDER

IT IS ORDERED that plaintiff may have until September 15, 2014, in which to either pay the $400 filing fee or to submit an affidavit of indigency and return it to the court.  Plaintiff is advised that, upon failure to comply as directed or failure show cause, the court will assume that plaintiff does not wish to proceed and this case will be closed without further notice.

Entered this 25th day of August 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge