IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE J. DOBSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

ORDER

Case No. 14-cv-575-jdp

    This is a civil action for monetary relief in which plaintiff William Dobson who is proceeding pro se, alleges that defendant United States of America violated his constitutional rights while he was in the custody of the United States Bureau of Prisons. Plaintiff has paid the $400 fee for filing this case.

    The next step is for plaintiff to serve his complaint on the defendants. Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff has 120 days after filing a complaint in which to serve a defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving a case to resolution. If plaintiff acts promptly, he should be able to serve his complaint on the defendant well before the deadline for doing so established in Rule 4.

    To help plaintiff understand the procedure for serving a complaint on a federal agency and an employee of a federal agency, I am enclosing with this order a copy of Rule 4 of the Federal Rules of Civil Procedure and the summons forms he will need to send to the defendant in accordance with the procedures set out in the Rule.

ORDER

IT IS ORDERED that plaintiff promptly serve his complaint on the defendant and file proof of service as soon as service has been accomplished. If, by October 23, 2014, plaintiff fails to submit proof of service of his complaint on the defendant or explain his inability to do so, I will direct plaintiff to show cause why his case should not be dismissed for lack of prosecution.

Entered this 8th day of September, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge