IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE J. DOBSON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-575-jdp

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America granting it's motion to dismiss and dismissing this case with prejudice.

/s/

Peter Oppeneer, Clerk of Court

3/16/2016

Date